# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **COLLEEN HEAD,** | |
| Plaintiff, | **CIVIL ACTION FILE NO.:** |
| vs. | __2:17-cv-00010-RWS_____ |
| **BARROW COUNTY,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff Colleen Head (hereinafter "Plaintiff"), in her Complaint against Defendant Barrow County (hereinafter "the County" or "Defendant") showing the Court as follows:

1.

This is an action arising out of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-216.

2.

Plaintiff is a resident of the State of Georgia and is a former employee of the Animal Control Department of the County, which was the FLSA employer of

Plaintiff at all times relevant hereto. Plaintiff served as an animal control officer for Defendant and was paid $13.78 per hour during the relevant time period.

3.

Plaintiff brings this action to recover from Defendant unpaid overtime compensation, liquidated damages, attorneys' fees, and costs pursuant to Section 6(b) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. 216(b), as described below.

4.

Between the commencement of Plaintiff's employment and through her termination, Plaintiff regularly worked more than 40 hours per week. However, Plaintiff was never paid time and one-half wages for any hours worked over 40 hours weekly as required by the FLSA.

5.

The County is in this judicial district with an office located at 616 Barrow Park Drive, Winder, Georgia 30680. The County is a political subdivision of the state of Georgia and is subject to the jurisdiction of this Court and actions of this kind and nature. The County may be served pursuant to Rule 4 of the Federal Rules of Civil Procedure by serving the Chairman of the County's Board of Commissioners, Pat Graham, at 30 N. Broad Street, Winder, GA 30680.

6.

Defendant's activities involve those to which the FLSA applies, and Defendant is an employer under the FLSA, 29 U.S.C. § 203.

7.

This Court has original jurisdiction upon Plaintiff's claims, based upon Plaintiff's FLSA allegations, and pursuant to 28 U.S.C. §1331 and §1337. The wage and hour violations alleged herein all occurred in this District. Venue is proper in this Court under 28 U.S.C. §§1391(b) and (c).

8.

Defendant employed Plaintiff from April 2015 – June 2017 as an animal control officer for the County. Plaintiff's primary responsibility included capturing strays, cleaning the cat and dog pens, investigating animal neglect, getting cats out of traps, writing reports or citations of neglect, and cleaning up dead animals.

9.

Plaintiff's duties did not involve job functions that satisfied criteria for "exempt" status under the FLSA, 29 U.S.C. §213.

10.

Defendant willfully violated the FLSA. Defendant was aware that Plaintiff did not qualify for any exemption under the FLSA. Defendant routinely assigned

Plaintiff work that required Plaintiff to work hours over forty in a week, and additionally required Plaintiff to be "on call" even on her off days. However, Defendant failed to pay Plaintiff any overtime premium(s) even though Defendant knew this to be a violation of the FLSA.

11.

Defendant paid Plaintiff for only 40 hours per week on each of Plaintiff's paychecks, regardless of whether more than 40 hours were actually worked by Plaintiff.

## COUNT I – FLSA VIOLATIONS

12.

Plaintiff re-alleges paragraphs 1 through 11 and herein incorporates them by reference to this count.

13.

Defendant's policies and actions, as stated above, have caused Plaintiff to be deprived of wages due to her.

14.

Defendant's policies and actions as stated above, constitute a violation of the FLSA, 29 U.S.C. § 207 (requiring time and one half to be paid for all hours worked

over forty (40) in a given week) and a violation of the regulations promulgated thereunder by the Department of Labor.

15.

Pursuant to 29 U.S.C. § 216(b), Defendant is liable to Plaintiff in the amount of her unpaid wages, an additional amount as liquidated damages, and her reasonable attorneys' fees and costs of this action.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully prays this Court grant the following relief:

a. a trial by jury pursuant to Fed. R. Civ. P. 38(b);

b. an award of past due wages for the Plaintiff for the three years preceding the filing of this Complaint;

c. an award of liquidated damages for the violations of federal law alleged herein;

d. a permanent injunction against Defendant, prohibiting Defendant from further acting in violation of the FLSA;

e. reasonable attorneys' fees, and expenses of litigation;

f. prejudgment interest, Plaintiff's costs, and disbursements herein; and

      g.    any and other such further relief this Honorable Court or the Finder of Fact deems equitable and just.

Respectfully submitted this 25th day of January, 2018.

                              By:    /s/ Douglas R. Kertscher
                                        Douglas R. Kertscher
                                        Georgia State Bar No. 416265
                                        Jennifer L. Calvert
                                        Georgia State Bar No. 587191
                                        **HILL, KERTSCHER &**
                                        **WHARTON, LLP**
                                        3350 Riverwood Parkway SE, Suite 800
                                        Atlanta, GA 30339
                                        Tel: (770) 953-0995
                                        Fax: (770) 953-1358
                                        Email: drk@hkw-law.com
                                                     jc@hkw-law.com

                                        *Attorneys for Plaintiff*